# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DALE FLYNN, JR.

VERSUS

TANGIPAHOA PARISH
RECREATIONAL DIST. 39A,
NORTH TANGIPAHOA SOCCER
ASSOCIATION, TANGIPAHOA
PARISH GOVERNMENT, THE
LOUISIANA SOCCER
ASSOCIATION, JODY JOHNSON,
MICHAEL LARRY GARAFALO, ABC
INSURANCE COMPANY, DEF
INSURANCE COMPANY, GHI
INSURANCE COMPANY, JKL
INSURANCE COMPANY, MNO
INSURANCE COMPANY, AND PQR
INSURANCE COMPANY

NO.  2021 CW 1158

**NOVEMBER 29, 2021**

---

In Re:    North Tangipahoa Soccer Association, The Louisiana
          Soccer Association and National Casualty Company,
          applying for supervisory writs, 21st Judicial District
          Court, Parish of Tangipahoa, No. 2015-0000445.

---

**BEFORE:   GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

   **WRIT NOT CONSIDERED.** The writ application does not include
a copy of the pertinent court minutes or a signed judgment.
Additionally, this court was not provided with exhibit J
attached to the plaintiff's opposition to relators' motion for
summary judgment. See Uniform Rules of Louisiana Courts of
Appeal, Rule 4-5(C)(6), (9), and (10).

   Supplementation of this writ application and/or an
application for rehearing will not be considered. Uniform Rules
of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

   In the event relators seek to file a new application with
this court, it must contain all pertinent documentation,
including the missing items noted above, and must comply with
Rule 2-12.2 of the Uniform Rules of Louisiana Courts of Appeal.
Any new application must be filed on or before December 30, 2021
and must contain a copy of this ruling.

                          **JMG**
                          **GH**
                          **WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
      DEPUTY CLERK OF COURT
         FOR THE COURT